JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | EDCV 20-1926-GW-KKx | Date | December 20, 2021 |
|---|---|---|---|
| Title | *Walter Family Partnership v. American Automobile Insurance Company* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

**PROCEEDINGS:** **IN CHAMBERS - RULING ON DEFENDANT AMERICAN AUTOMOBILE INSURANCE COMPANY'S MOTION TO DISMISS (Fed.R.Civ.P. 12(b)(6)) [10]**

Previously, this Court had issued a tentative ruling on Defendant's motion to dismiss which indicated that the motion would be granted without leave to amend. *See* ECF No. 22. However, at the hearing on the motion, the Court took matter under submission. *Id.* The Court hereby adopts the tentative as its final ruling and grants the motion to dismiss without leave to amend for reasons stated in the tentative. It is further noted that recent decisions from the U.S. Court of Appeals for the Ninth Circuit support that ruling. *See, e.g., Mudpie, Inc. v. Travelers Cas. Ins. Co. of Am.,* 15 F.4th 885 (9th Cir. 2021); *Selane Prods., Inc. v. Cont'l Cas. Co.*, No. 21-55123, 2021 WL 4496471 (9th Cir. Oct. 1, 2021).

:  30

Initials of Preparer  JG